IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:

PAUL F. VOORHEIS
GLENDA F. VOORHEIS

        Debtors

Case No. 11-42915
Chapter 7

## SECOND MOTION TO SELL NOTES

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

COMES NOW, Mark A. Weisbart, Chapter 7 Trustee for the estate of Paul F. Voorheis and Glenda F. Voorheis, and pursuant to 11 U.S.C. § 363(f)(3), (4) and/or (5) and Fed.R.Bankr.P. 6004(c), files this Second Motion to Sell Notes (the "Motion"), and in support hereof, would show the court as follows:

1.    This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §§ 1334 and 157. This matter involves the sale of property of the estate and, thus, constitutes a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (N).

2.    On September 26, 2011 (the "Petition Date") Paul F. Voorheis and Glenda F. Voorheis ("Debtors") filed a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") commencing the above-referenced bankruptcy proceeding. Movant is the Chapter 7 Trustee appointed in this case.

3.    The principal asset of this estate are the rights of the bankruptcy estate under two (2) promissory notes executed or assumed by Ronald and Marilyn Koland which are secured by certain

real property and improvements located in Hill County, Texas (the "Notes").

4. The current balance due the estate under the Notes is approximately $31,842.00. The final note payment is due April 1, 2020.

5. On September 22, 2014, the Court entered an order authorizing the sale of the Notes to Ronald and Marilyn Koland (the "Purchasers") for $31,651.75 predicated on the sale closing within thirty (30) days following Court approval. Purchasers have failed to close and Trustee believes Purchasers cannot obtain financing to fund the Purchase Price.

6. Trustee therefore requests authorization to market and sell the Notes for the highest cash price possible. Trustee proposes to solicit bids from parties who have contacted him about acquiring estate assets. Trustee reserves the right to reject any bid he receives.

7. Trustee believes that marketing and selling the Notes in this fashion is in the best interest of the estate since it will allow for the estate to be closed in a timely fashion and will avoid the risk of default and additional legal proceedings.

WHEREFORE, premises considered, Trustee prays that the Court enter an order pursuant to 11 U.S.C. § 363(f) authorizing him to sell the Notes as described above and grant him such other and further relief to which he is justly entitled.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICE OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, Texas 75251
(972) 628-4903 Phone
(972) 628-4905 Fax
weisbartm@earthlink.net

COUNSEL FOR CHAPTER 7 TRUSTEE

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing instrument was served on the attached mailing matrix either through the Court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, this the 27th day of February, 2015.

               /s/ Mark A. Weisbart
               Mark A. Weisbart

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 11-42915<br>Eastern District of Texas<br>Sherman<br>Fri Feb 27 15:00:32 CST 2015 | AT&T Advertisement Solutions<br>PO Box 5010<br>Carol Stream, IL 60197-5010 | Advanta Credit Cards<br>PO Box 844<br>Spring House, PA 19477-0844 |
| Ally Financial<br>200 Renaissance Center<br>Detroit, MI 48243-1300 | American InfoSource LP as agent for<br>First Data Global Leasing<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Bank of America<br>PO Box 15311<br>Wilmington, DE 19850-5311 |
| Bank of America<br>PO Box 1598<br>Norfolk, VA 23501-1598 | Bank of America<br>PO Box 17054<br>Wilmington, DE 19850-7054 | Patti H. Bass<br>Bass & Associates<br>3936 E. Ft. Lowell Rd. Suite 200<br>Tucson, AZ 85712-1083 |
| Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Compass Bank<br>15 South 20th Street<br>Birmingham, AL 35233-2011 |
| Compass Bank<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | (p)COMPASS BANK<br>AL BI-HW REC<br>PO BOX 10566<br>BIRMINGHAM AL 35296-0002 | (p)CREDIT UNION OF TEXAS<br>P O BOX 515718<br>DALLAS TX 75251-5718 |
| Credit Union of Texas<br>PO Box 515169<br>Dallas, TX 75251 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Discover/Sams Club<br>PO Box 3005<br>New Albany, OH 43054-3005 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | FIA Card Services NA<br>4060 Ogletown/Stanton Rd.<br>Newark, DE 19713 |
| First Data<br>265 Broad Hollow Road<br>Melville, NY 11747-4833 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | GE Money Bank/Tuff Shed<br>PO Box 981439<br>El Paso, TX 79998-1439 |
| GE Money Bank/Walmart DC<br>PO Box 965005<br>Orlando, FL 32896-5005 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | HSBC/Northern<br>PO Box 15521<br>Wilmington, DE 19850-5521 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Christopher J. Moser<br>Quilling Selander Lownds Winslett Moser<br>2001 Bryan Street<br>Suite 1800<br>Dallas, TX 75201-3070 |


```
Office of the U.S. Trustee              PNC Mortgage                            PNC Mortgage
110 N. College Ave., Suite 300          3232 Newmark Drive                      6 North Main Street
Tyler, Texas 75702-7231                 Miamisburg OH 45342-5433                Dayton, OH 45402-1908


Recovery Management Systems Corporation Recovery Management Systems Corporation Texas Hospital Guide Medical Pub.
25 S.E. Second Avenue                   25 S.E. 2nd Avenue, Suite 1120          PO Box 489
Suite 1120                              Miami, FL 33131-1605                    Riesel, TX 76682-0489
Miami, FL 33131-1605


U.S. Attorney General                   US Trustee                              Glenda F. Voorheis
Department of Justice                   Office of the U.S. Trustee              PO Box 485
Main Justice Building                   110 N. College Ave.                     Josaphine, TX 75164-0485
10th & Constitution Ave., NW            Suite 300
Washington, DC 20530-0001               Tyler, TX 75702-7231


Paul F. Voorheis                        Mark A. Weisbart
PO Box 485                              The Law Office of Mark A. Weisbart
Josaphine, TX 75164-0485                12770 Coit Road, Suite 541
                                        Dallas, TX 75251-1366
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Compass Bank Visa                       Credit Union of Texas                   Discover Financial Services LLC
15 South 20th Street                    P.O. Box 515718                         PO Box 15316
Birmingham, AL 35233                    Dallas, TX  75251-5718                  Wilmington, DE 19850


FIA CARD SERVICES, N.A.
PO Box 15102
Wilmington, DE 19886-5102
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Chase Bank USA, N.A.                 (d)Mark A. Weisbart                     End of Label Matrix
                                        The Law Office of Mark A. Weisbart      Mailable recipients   40
                                        12770 Coit Road, Suite 541              Bypassed recipients    2
                                        Dallas, TX 75251-1366                   Total                 42
```